# Third District Court of Appeal

## State of Florida

Opinion filed August 23, 2023.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D21-2069
Lower Tribunal No. 16-13180

————————

**Steve Melendez,**
Appellant,

vs.

**Heritage Property & Casualty Insurance Company,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Lisa S. Walsh, Judge.

Perry & Neblett, P.A., and David Avellar Neblett, John A. Wynn, and James M. Mahaffey, for appellant.

Butler Weihmuller Katz Craig LLP, and William B. Collum and Mihaela Cabulea (Tampa), for appellee.

Before LOGUE, C.J., and GORDO and BOKOR, JJ.

PER CURIAM.

Affirmed. <u>Arguelles v. Citizens Prop. Ins. Corp.</u>, 278 So. 3d 108 (Fla. 3d DCA 2019); <u>Universal Prop. & Cas. Ins. Co. v. Gonzalez-Perez</u>, 3D21-1899, 2023 WL 4610771 (Fla. 3d DCA July 19, 2023); <u>Elison v. Goodman</u>, 395 So. 2d 1201 (Fla. 3d DCA 1981).